Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
1755 East Plumb Lane, Suite 107
Reno, NV 89502
(775) 786-1555
(775) 786-5228 (fax)
jeff@jabriggslaw.com
Attorney for Plaintiff, C. JEFFERY EVANS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA  SAN FRANCISCO DIVISION

| | |
|---|---|
| C. JEFFERY EVANS,<br><br>    Plaintiff,<br>v.<br><br>NOYO VISTA, INC., and DOES ONE through FIFTY, inclusive,<br><br>    Defendant. | Case No. 2:09-CV-01504 WDB<br><br><u>STIPULATION AND ORDER FOR</u><br><u>DISMISSAL WITH PREJUDICE</u> |

   PLAINTIFF, C. JEFFERY EVANS, and DEFENDANT, NOYO VISTA INC., by and through their undersigned counsel of record, hereby stipulate as follows:

   1. Plaintiff and Defendant agree to the dismissal of all causes of action in this matter with prejudice, each party to bear their own attorney's fees and costs.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

2. Accordingly, the parties jointly request this Court dismiss all parties to this matter and the same be dismissed with prejudice.

IT IS SO STIPULATED.

Dated:          June 19, 2009            /s/ Jeffery A. Briggs
                                         Jeffery A. Briggs, Attorney for Plaintiff,
                                         C. JEFFERY EVANS

Dated:          June 19, 2009            /s/ Jone Lemos
                                         Jone Lemos, Attorney for Defendant,
                                         NOYO VISTA, INC.

**ORDER**

IT IS SO ORDERED.

Dated: 6/24/2009



WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE